**Jose Neftali MUNGUIA;
et al., Petitioners,**

v.

**Eric H. HOLDER Jr., Attorney
General, Respondent.**

No. 08–71981.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Dec. 28, 2009.

Jose Neftali Munguia, Los Angeles, CA,
pro se.

Arquimides Del Carmen Munguia Vasquez, Los Angeles, CA, pro se.

Teresa De Jesus Munguia Vasquez, Los
Angeles, CA, pro se.

Jose Neftali Munguia Vasquez, Los Angeles, CA, pro se.

David V. Bernal, Assistant Director,
Jesse Matthew Bless, U.S. Department of
Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald
E. Lefevre, Office of the District Counsel,
Department of Homeland Security, San
Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE and
FISHER, Circuit Judges.

MEMORANDUM **

Jose Neftali Munguia (Munguia) and his
children, Arquimides Del Carmen Munguia Vasquez, Teresa de Jesus Munguia

Vasquez and Jose Neftali Munguia Vasquez, natives and citizens of El Salvador,
petition pro se for review of a Board of
Immigration Appeals order dismissing
their appeal of an immigration judge's (IJ)
decision denying their application for asylum, withholding of removal and protection
under the Convention Against Torture
(CAT). Munguia also petitions for review
of the Board's order dismissing his appeal
of the IJ's denial of his application for
cancellation of removal. Our jurisdiction
is governed by 8 U.S.C. § 1252. We review factual findings for substantial evidence. *INS v. Elias–Zacarias*, 502 U.S.
478, 481, 112 S.Ct. 812, 117 L.Ed.2d 38
(1992). We dismiss in part and deny in
part the petition for review.

Substantial evidence supports the
Board's denial of asylum and withholding
of removal because Munguia failed to show
that the guerillas' attempt to recruit him
was on account of a protected ground. *See
Elias–Zacarias*, 502 U.S. at 481–82, 112
S.Ct. 812.

Substantial evidence also supports the
Board's denial of CAT relief based on the
Board's finding that Munguia did not establish a likelihood of torture by, at the
instigation of, or with the consent or acquiescence of the El Salvadoran government.
*See Arteaga v. Mukasey*, 511 F.3d 940,
948–49 (9th Cir.2007).

As for Munguia's cancellation claim, we
lack jurisdiction to review the agency's
discretionary determination that Jose Neftali Munguia failed to show exceptional
and extremely unusual hardship to his
U.S. citizen children. 8 U.S.C.
§ 1252(a)(2)(B); *Mendez–Castro v. Mukasey*, 552 F.3d 975, 979 (9th Cir.2009).

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.